# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-2094

_____

Ries Enterprises, Inc.

*Petitioner - Appellant*

v.

Commissioner of Internal Revenue

*Respondent - Appellee*

_____

Appeal from The United States Tax Court

_____

Submitted: December 24, 2014
Filed: December 31, 2014
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Ries Enterprises, Inc. appeals the tax court's[1] decision upholding the Commissioner's determination that it owed $161,200 in excise tax and $76,570 in additions to tax for the 2002 tax year. After careful review, see Ark. State Police

_____

[1]The Honorable Diane L. Kroupa, United States Tax Court Judge.

Ass'n v. Comm'r, 282 F.3d 556, 558 (8th Cir. 2002) (standard of review), we find no basis for reversal.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____